| | | |
|---|---|---|
| | AUSA: Regina R. McCullough | Telephone: (313) 226-9618 |
| AO 93 (Rev. 11/13) Search and Seizure Warrant | Special Agent: Kevin Clark, FBI | Telephone: (313) 965-2647 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
)   Case No. 22-MC-50599-3
34600 W 12 Mile Rd )
Farmington Hills, MI 48331 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Michigan_____.
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B, in violation of:

18 U.S.C. §§ 1347, 1343, 1349- Health Care Fraud, Wire Fraud, Conspiracy to Commit Health Care Fraud and Wire Fraud.

**YOU ARE COMMANDED** to execute this warrant on or before ___January 25, 2023___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___the presiding United States Magistrate Judge on duty___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for _30_ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   January 14, 2023 at 5:25 p.m.                         *Jonathan JC Grey*
                                                                              Judge's signature

City and state:   Detroit, Michigan                   Hon. Jonathan J.C. Grey, U. S. Magistrate Judge
                                                            *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 22-MC-50599-3 | Date and time warrant executed: 1/17/23 4:45pm | Copy of warrant and inventory left with: KAZKAZ WIFE |

Inventory made in the presence of: KAZKAZ' WIFE

Inventory of the property taken and name of any person(s) seized:

See attached FD-597

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/16/2024

*Executing officer's signature*

ARNOLD KUSERO   SPECIAL AGENT
*Printed name and title*

FD-597 (Rev. 4-13-2015)  Page 1 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

Case ID: 209A-DE-3440909

On (date) 1/17/2023

item(s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) 
(Street Address) 34600 W 12 Mile Road, Farmington Hills, MI
(City) FARMINGTON HILLS, MI

**Description of Item(s):**

| |
|---|
| HP Envy SN 2MO0253RQH |
| Medical Documents |
| Medical Documents |
| Medical Documents |
| Medical Documents |
| Business Documents |
| Documents |
| Computer & Charger |
| HRW Documents |
| List of email addresses, Centre HRW checks, certificate of status, patient list, tax returns, sticky notes |
| Documents |
| Ledger, promissory note, and flash drive |
| 30 ($100 Bills) $3,000 Cash |
| 80 ($100 Bills) $8,000 Cash |
| 4 x metal bars, gold in color |
| Visa Citi Card |
| Silver iphone 6; IMEI: 359229062495744 |
| Samsung Cell phone |
| Black LG phone & cable |

FD-597 (Rev. 4-13-2015)

Page 2 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

# RECEIPT FOR PROPERTY

- iphone in floral case
- Thumb drives x 2
- $1,500 Canadian currency - $100 bills
- bag with personal ID & business documents
- Business Documents
- Business Documents
- Center HRW Progress notes, Centre HRW Patient List
- Receipt for gold bar from money metals exchange
- (4) gold bars (small) & (1) gold coin
- Gold Bar
- Business Documents
- Business Documents
- Business Documents

Received By: _____ (signature)

Received From: _____ (signature)

Printed Name/Title: _____

Printed Name/Title: _____